No. 456. SOTIOUROS CHRISTOULAS, ALSO KNOWN AS CHRIST LAWYER, *v.* HENRY H. CURRAN, COMMISSIONER OF IMMIGRATION. October 18. 1926. Petition for a writ

of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold Van Riper* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.